No. 79–5466. BUIE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 79–5468. MARNER v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 79–5479. SECHLER v. JAGO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–5481. McELROY v. WILSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–5484. FORD v. BORDENKIRCHER, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–5508. GRIMALDI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 79–5531. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5538. JOOST v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–5539. JACKSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5542. CONTRERAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5543. WARGO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5564. MORALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.